KENLON COAL COMPANY, INC., and WALTER J. KENLON v. TRIBOROUGH BRIDGE AUTHORITY and Others.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay continued pending the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiffs' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ALFRED BASCH v. THE SALVATION ARMY, Impleaded, etc.— Motion granted. Order resettled. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK v. MARY TURNER and Others, Impleaded with KATHLEEN N. O'DONNELL CANDEE.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ. [See ante, p. 713.]

IRVING TRUST COMPANY, as Corporate Trustee, and CHARLES C. MOORE, as Individual Trustee under Trust Mortgage Made by SIXTY UNIVERSITY PLACE CORPORATION Dated as of July 15, 1925, v. SIXTY UNIVERSITY PLACE CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. ROBERT ADAMSON and Others, Impleaded with ISAAC GORDON and YALE SCHULMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application for a Subpoena and Subpoena Duces Tecum Directed to HOWARD H. GUNDER, Requiring Him to Testify and Produce Certain Books and Papers, etc. HOWARD H. GUNDER. IRVING TRUST COMPANY, as Trustee in Bankruptcy of BANKERS CAPITAL CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. ROBERT ADAMSON and Others, Impleaded with WILFRID GREIF and HOWARD S. HOIT and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ISAAC TANENBAUM v. COMMERCIAL CREDIT CORPORATION.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

BARNETT M. KAPLAN v. MARYLAND CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of ABRAHAM L. ERLANGER, Deceased. JANET N. ERLANGER and Another. SAUL J. BARON, as Temporary Administrator, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied.

with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EVELYN M. G. KING ULMER v. LESLIE HERMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. BETCO CORPORATION. JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. ERNEST N. ADLER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ACE MAIL ADVERTISING Co., INC., v. HARRY NEUGOLD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay continued pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of INTERNATIONAL MATCH CORPORATION, Respondent, Appellant, v. IRENE CATLIN ALLEN and Another, as Executors, etc., of FREDERIC W. ALLEN, Deceased, and Not Individually, Defendants, and DONALD DURANT and Others, Appellants, Respondents.— Orders so far as appealed from affirmed, without costs, with leave to the defendants, respondents, to serve amended answers within twenty days from service of order. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

BLANCHE HURLEY, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent, and ROSEMARY FAASE and Another, Intervening Defendants, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [153 Misc. 726.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED COOPER, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of ANNA FRIED, Respondent, v. HENRY FRIED, Appellant.— Order affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

AARON ZELMAN, Appellant, v. IRVING TRUST COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ARTHUR SIMON, Respondent, v. ABRAHAM GELLIS and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

4672 BROADWAY CORPORATION, Appellant, v. ARTHUR McMULLEN COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THOMAS DWYER, Respondent, v. R. V. W. REALTY CORPORATION and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.